12M-5204-JGD

**AFFIDAVIT OF PETER MANNING**
**IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Peter Manning, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement, Homeland Security Investigations, and have been so employed by DHS since August 2008. Among my other duties, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal advertisement, production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252. I have received training in the investigation of child pornography and child exploitation offenses, and have had the opportunity to observe and review numerous examples of electronically-stored child pornography (as defined in 18 U.S.C. § 2256). I have also received specialized training as a forensic computer examiner and I am currently assigned to the Cyber Crimes and General Smuggling Group with the primary focus on the retrieval of digital evidence and contraband smuggling investigations. In addition, I have received basic and advanced training in digital evidence processing, examination and analysis directly from DHS/HSI, the Federal Law Enforcement Training Center as well as from private vendors who provide 'industry standard' forensic tools and courses. In February of 2010, I received my Computer Forensics Certified Examiner (CFCE) certification from the International Association of Computer Forensic Investigative Specialists (IACIS), widely recognized as one of the most comprehensive certification processes for digital forensics. Prior to my employment with DHS, I was a Special Agent with the United States Secret Service (USSS) from August 1999 to October 2006. Starting in 2002, I was assigned to the Electronic Crimes Special Agent Program (ECSAP) which has as its primary mission, the investigation of high-tech crimes, to include child exploitation, and the analysis of digital evidence. I received my Masters of Science in Forensic Science from the University of Illinois at Chicago in 1999. In addition, I have

received basic and advanced training in the identification and investigation of child exploitation suspects, and the techniques they utilize to distribute images and videos, evade law enforcement detection, store digital contraband and communicate electronically with other suspects.

2. This affidavit is being submitted in support of a criminal complaint charging GEOFFREY PORTWAY of Worcester, Massachusetts with Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2), and Possession of Child Pornography, in violation of 18 U.S.C. 2252(a)(4)(B).

3. The facts in this affidavit come from my investigation, personal observations, a review of records, my training and experience, and information obtained from other agents and witnesses. In this affidavit, I rely on information provided to me by DHS Special Agents in Massachusetts and in particular, Special Agent Greg D. Squire. SA Squire is assigned to the Boston Office, where his daily duties are focused on criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal advertisement, production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252.

4. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the crime charged in the complaint. Where statements of others are set forth in this affidavit, they are set forth in substance and in part.

## RELEVANT STATUTES

5. This investigation concerns alleged violations of 18 U.S.C. §§ 2252, relating to the sexual exploitation of minors. The statute prohibits, among other things, the distribution and possession of child pornography, as that term is defined by 18 U.S.C. § 2256.

   a. Title 18, United States Code, 2252(a)(2) prohibits knowingly distributing any visual depiction using any means or facility of interstate or foreign commerce if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct; and

   b. Title 18, United States Code, Section 2252(a)(4)(B), makes it illegal for any person to knowingly possess, or knowingly access with intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

## INVESTIGATION

6. On approximately November 10, 2010, HSI Boston Agents executed a State search warrant with Massachusetts State Police at the residence of Robert Diduca. Diduca had been a member of a conspiracy centered on the sexual interest in children and was actively distributing and receiving images and videos of child pornography. Diduca was subsequently arrested federally by HSI Boston and sentenced to eighteen (18) years in Federal prison for multiple violations of 18 USC 2251 and 2252, to include the production of child pornography.

7. The Diduca investigation led to the arrest of co-conspirator Roberts Mikelsons in Amsterdam. Mikelsons was subsequently charged with the sexual abuse of over eighty-six children and the production, distribution and possession of child pornography. One of the series produced by Mikelsons is referred to as "cookie", this series is of a, then one-year old, male

victim that was located and identified by Amsterdam Police. This victim was abused on multiple occasions by Mikelsons and images and videos of the victim's abuse were distributed via the internet to other sexual predators worldwide. To date the investigation has led to the arrest of approximately forty (40) suspects and the identification/rescue of approximately one hundred and forty (140) children that had been abused by these suspects. In support of this investigation HSI Boston has obtained seized materials from these suspects and performed forensic analysis to determine the scope of each suspect's involvement in the investigation. As part of this ongoing investigation into the network of criminals who have colluded in the production, dissemination, transportation and possession of child exploitation materials, several advanced digital forensic techniques and methods have been used to examine the seized evidence.

8. As a result of images and videos discovered during the forensics exam of seized items from multiple suspects in the investigation HSI Boston and HSI Kansas City identified Michael Arnett of Roeland Park Kansas. On approximately May 15, 2012, HSI Kansas Agents executed a Federal search warrant at Arnett's residence and seized multiple computers and related equipment and media. Subsequently Arnett was arrested on or about May 22, 2012 and charged by complaint with sexual exploitation of children, in violation of 18 U.S.C 2251(a), and possession of child pornography, in violation of 18 USC 2252(a)(4)(B), in the District of Kansas. Among the images that Arnett both possessed and was charged with the production of were images of prepubescent children being, *inter alia,* sexually abused and bound and gagged.

9. It has been determined that in 2010 Arnett was utilizing Skype (a free and publically available online program that allows individuals to communicate in real time) to communicate with another individual regarding the sexual abuse, abduction and murder of children. The following chat occurred between "tonydafish1/ Anthony Dafish", now identified

as Michael Arnett, with a Skype screen name hereinafter referred to as <USERNAME 1>, now identified as Geoffrey PORTWAY: [1]

*10/1/2010 21:27 Anthony Dafish if I could have snuck him into the trunk of my car I would have. Those arms and legs are just beautiful*

*10/1/2010 21:27* <USERNAME 1> *<ss type="smile">:)</ss> I would have loved to have him too*

*10/1/2010 21:27* <USERNAME 1> *<ss type="smile">:)</ss> I would have loved to have him too*

*10/1/2010 21:27 Anthony Dafish I'm sure it would not be hard to find out where in Baltimore he lives <ss type="wink">;)</ss>*

*10/1/2010 21:28 Anthony Dafish question is, would you go that far to snatch him?*

*10/1/2010 21:29* <USERNAME 1> *I might. If I knew I could get him. On just the chance of getting him, probably not. there are thousands of young boys closer than that. I would need to know there is a good probability of success.*

*10/1/2010 21:29 Anthony Dafish I can understand that.*

*10/1/2010 21:30 Anthony Dafish Maybe I can get some more information from my co-worker and do a little looking around and see if I can learn more about him*

*10/1/2010 21:33* <USERNAME 1> *well B,*

*10/1/2010 21:33 Anthony Dafish ok*

*10/1/2010 21:33 Anthony Dafish goodnight*

*10/6/2010 19:50 Anthony Dafish how are you today*

*10/6/2010 19:51* <USERNAME 1> *you have sent me that one already*[2]

*10/6/2010 19:52 Anthony Dafish okay. i just send what's in front of me, I don't keep a list*

[1] PORTWAY has consistently used minor variations on a certain username. That username has been intentionally omitted from this Affidavit to protect the on-going investigation.

[2] In this and in several subsequent chats members of the conspiracy discuss the evident transmission of images, although these images were not recoverable from chats contained on Arnett's computer.

*10/6/2010 19:52* <USERNAME 1> *np*

*10/6/2010 19:52* <USERNAME 1> *<ss type="smile">:)*

*10/6/2010 19:54* <USERNAME 1> *nice. too much clothing though <ss type="smile">:)</ss>*

10. On approximately July 25, 2012, Skype provided information to HSI Boston Agents regarding a certain Skype screen name hereinafter referred to as <USERNAME 1>. The following information was provided:

> Username: <USERNAME 1>
> Account Creation Date: 2008-06-25 17:45:33 UTC
> Account Creation IP: 68.11.227.82
> Account Creation IP Country: United States
> Current Email Address: <USERNAME 1>@yahoo.com
> Language at Registration: En

11. The forensics analysis also revealed a chat log from Yahoo (a free and publically available online program that allows individuals to communicate by way of email as well as in real time) in 2012. This chat occurred between an individual using the Yahoo screen name "uelime," and an individual using the Yahoo screen name <USERNAME 1>. The individual using the Yahoo screen name "uelime" has been positively identified as Ronald Brown of Largo Florida as a result of an investigation by HSI Tampa. HSI Tampa executed a Federal search warrant at Brown's residence on approximately July 19, 2012. Brown, a children's puppeteer, was arrested as a result of images discovered during the search warrant. These images included images of child pornography, prepubescent children who had been blindfolded, bound, and gagged as well as images of children who appeared to be deceased. The following are excerpts of the chats between Brown and the individual using the Yahoo screen name <USERNAME 1>:

*2012-02-25 1:51:28 PM <USERNAME 1> you have pics?*

*2012-02-25 1:52:15 PM uelime I showed you one of <VICTIM 1>[3], I think. I don't have a pic of [VICTIM 2] yet. I think I might have a new one of <VICTIM 1>, though.*
*2012-02-25 1:52:28 PM <USERNAME 1> great*
*2012-02-25 1:52:42 PM uelime They would be* ***[REDACTED]****.*
*2012-02-25 1:52:58 PM <USERNAME 1> excellent. send please*
*2012-02-25 1:53:26 PM uelime There is anew one of <VICTIM 1>.*
*2012-02-25 1:57:09 PM uelime How do you like him?*
*2012-02-25 1:57:33 PM <USERNAME 1> as usual. too much clothing. but he looks* ***[REDACTED]***
*2012-02-25 1:58:15 PM uelime Yeah, I can't get him without clothes, though I do have a younger pic of him in a swimsuit.*
*2012-02-25 1:58:32 PM <USERNAME 1> swimsuit is almost as good. :)*

*2012-04-21 3:36:12 PM uelime I do too. I still want <VICTIM 1>. And I see others too.*
*2012-04-21 3:36:34 PM <USERNAME 1> I know you do. any naked pics of him yet?*
*2012-04-21 3:36:54 PM uelime Not yet. Those will have to wait til he is mine.*
*2012-04-21 3:39:47 PM uelime It would move a lot faster if you would come down and help, since I am a novice.*

*2012-04-21 3:40:48 PM <USERNAME 1> well, there is the prolem of expense. I have become poorer lately. and the fact that we have been chatting on yahoo. (which I told you about years ago and you still continued to use it.)*

*2012-04-21 3:41:22 PM uelime yeah, I need to put in Skype.*
*2012-04-21 3:41:45 PM <USERNAME 1> too late now. barn door and all that.*
*2012-04-21 3:41:57 PM uelime yeah, I guess so.*
*2012-04-21 3:42:25 PM <USERNAME 1> yup*

*2012-05-13 1:49:03 PM <USERNAME 1> any new shirtless pics of him?*
*2012-05-13 1:49:21 PM uelime Nothing new. I wish.*
*2012-05-13 1:50:08 PM <USERNAME 1> find some excuse to go to the beach with him and his bro. take lots and lots of pics of him in a wet swimsuit. (or buy him a speedo or a thong)*
*2012-05-13 1:50:45 PM uelime I have seen him in a wet suit. But was not prepared, so didn't get a pic.*
*2012-05-13 1:51:04 PM <USERNAME 1> fix that problem*
*2012-05-13 1:51:35 PM uelime I will certainly try. He has really nice thighs and a cute tight butt.*
*2012-05-13 1:52:04 PM <USERNAME 1> nice. take PICS!*
*2012-05-13 1:52:10 PM <USERNAME 1> lots of them*

---

[3] Individuals discussed are minors and potential victims and therefore their names have been removed, pursuant to Fed. R. Crim. P. 49.1.

2012-05-13 1:52:39 PM uelime I should try to get more. But he wears his shirt 'out', thus covering up a lot.
2012-05-13 1:58:08 PM <USERNAME 1> you need more pics. naked. :)
2012-05-13 1:58:47 PM uelime True. But as I have mentioned, I won't have those as long as HE has any say so in the matter.
2012-05-13 1:59:12 PM <USERNAME 1> pity

2012-05-14 10:00:44 AM uelime No new pis yet.
2012-05-14 10:00:48 AM uelime pics
2012-05-14 10:00:54 AM <USERNAME 1> I want him. and every boy his age and younger
2012-05-14 10:01:16 AM uelime He would be **[REDACTED]**, thats for sure.
2012-05-14 10:01:42 AM <USERNAME 1> as would every other boy his age and younger. :)
2012-05-14 10:03:08 AM uelime Yes, thats true.

2012-05-14 10:15:16 AM uelime I am sure that he is still hairless.
2012-05-14 10:15:44 AM <USERNAME 1> not for long though. hurry up and catch him
2012-05-14 10:16:00 AM uelime I would like that.
2012-05-14 10:16:07 AM <USERNAME 1> who is boy in background?
2012-05-14 10:16:26 AM uelime <VICTIM 3>, somewhat older.
2012-05-14 10:16:33 AM uelime Around 12, I think.
2012-05-14 10:16:41 AM <USERNAME 1> **[REDACTED]**
2012-05-14 10:16:55 AM <USERNAME 1> after **[REDACTED]** and fucking of course
2012-05-14 10:17:04 AM uelime He is nice.
2012-05-14 10:17:22 AM uelime He would be easier to fuck than <VICTIM 1>.
2012-05-14 10:17:38 AM <USERNAME 1> both just as easy
2012-05-14 10:18:02 AM uelime I am sure you could loosen up <VICTIM 1> nicely.
2012-05-14 10:18:11 AM <USERNAME 1> :)
2012-05-14 10:18:22 AM uelime Might be a tad hard getting in at first.
2012-05-14 10:18:37 AM <USERNAME 1> use fingers at first
2012-05-14 10:18:56 AM uelime That would work well.
2012-05-14 10:19:06 AM uelime I am sure he would squeal.
2012-05-14 10:19:22 AM <USERNAME 1> through his gag
2012-05-14 10:19:38 AM uelime Would you have him gagged for that?
2012-05-14 10:20:07 AM <USERNAME 1> for everything. unless you like the thought of him screaming, and you going to jail

2012-05-14 10:47:45 AM <USERNAME 1> you like pics? or not?
2012-05-14 10:48:02 AM uelime sure. But of what?
2012-05-14 10:48:10 AM <USERNAME 1> boys
2012-05-14 10:48:16 AM uelime What age?
2012-05-14 10:48:21 AM <USERNAME 1> young

*2012-05-14 10:48:26 AM uelime 10?*
*2012-05-14 10:48:33 AM <USERNAME 1> sure*
*2012-05-14 10:48:41 AM uelime I like 9 to 12.*
*2012-05-14 10:48:48 AM <USERNAME 1> ok*
*2012-05-14 10:48:54 AM <USERNAME 1> naked?*
*2012-05-14 10:49:03 AM uelime I think so. Let me see.*
*2012-05-14 10:49:53 AM <USERNAME 1> like?*
*2012-05-14 10:50:19 AM uelime I would like **[REDACTED]** the one in the middle.*
*2012-05-14 10:50:37 AM <USERNAME 1> I would like all 3*

*2012-05-28 9:50:21 AM <USERNAME 1> any new pics?*
*2012-05-28 9:50:25 AM <USERNAME 1> naked?*
*2012-05-28 9:50:49 AM uelime No, nothing new.*
*2012-05-28 9:50:56 AM <USERNAME 1> :(*
*2012-05-28 9:51:02 AM uelime I know.*

12. On approximately July 25, 2012, Yahoo provided information to HSI Boston Agents for <USERNAME 1>@yahoo.com. This information included:

Login Name: <USERNAME 1>
Properties Used: Mail, Web Messenger
Yahoo Mail Name: <USERNAME 1>@yahoo.com
Registration IP address: 24.91.57.184
Account Created (reg): Tue Jul 20 18:05:27 2004 GMT
Other Identities: <USERNAME 1> (Yahoo! Mail)
City: Waltham
State: MA
Country: United States
Zip/Postal Code: 02453
Account Status: Active

Also included in the Yahoo information was IP login data from January 28, 2012 through July 19, 2012.

13. On approximately July 26, 2012, HSI Boston Agents requested information from Charter Communications for the following IPs at the correlating dates and times:

| | |
|---|---|
| 66.189.107.137 | Thu 13:30:43 (GMT) 19-July-2012 |
| 24.177.48.23 | Tue 13:20:59 (GMT) 10-July-2012 |
| 68.118.224.117 | Sat 13:33:30 (GMT) 16-June-2012 |
| 71.88.22.53 | Mon 00:17:55 (GMT) 12-March-2012 |

On approximately July 27, 2012, Charter Communications responded to HSI Boston Agents. The response states that all of the requested IPs at the correlating dates and times were assigned to:

> Accountholder: Geoffrey Portway
> Service Address: [Search Warrant Address--**REDACTED**], Worcester MA 01609-1605
> Billing Address: [Search Warrant Address--**REDACTED**], Worcester MA 01609-1605
> Phone Number: **[REDACTED]**
> Length of Service: October 24, 2007

14. A check of the Massachusetts Department of Transportation, Registry of Motor Vehicles Division (RMV), confirmed that a Geoffrey Portway (date of birth XX/XX/1973) resides at [Search Warrant Address--**REDACTED**], Worcester MA 01609-1605. There is also a 2010 Blue Honda Civic, MA Reg. # 75LY55 registered to Portway at that address.

15. On July 27, 2012, Special Agents of DHS and Troopers with the Massachusetts State Police executed a State search warrant at the residence of GEOFFREY PORTWAY. Numerous items of evidence were seized, including but not limited to a laptop and desktop computer.

16. Following standard practices and procedures for the on-scene preview of digital evidence at the time of a search warrant, specially trained HSI Special Agents, also known as Computer Forensics Agents (CFA) and as well as Troopers from the Massachusetts State Police Digital Evidence & Multimedia Section (DEMS) Unit collected electronic evidence from PORTWAY'S residence. This evidence, in the form of hard disk drives taken from a Nexgen tower and Asus laptop computers, was connected to HSI and/or MSP hardware to begin the forensic preview process. This hardware consists of write-blocking devices which were specifically designed and developed to function in a read-only capacity, meaning that no changes

are made to the seized evidence during the forensic preview. In addition, this hardware write-block device connects to a laptop computer maintained by the HSI or the MSP computer forensic agent. The laptop is pre-loaded with specially developed computer forensic programs that function to observe data on the digital evidence without making any changes or alterations to any of the files, folders or other hard drive attributes. These programs are "industry standard" software, used by law enforcement and the private sector alike and has been validated for use in a forensic capacity. This entire process allows the HSI and/or the MSP forensic examiner to methodically review digital media for evidence concurrent with the ongoing search warrant, for of violations of U.S. Law, specifically child exploitation violations.

17. During a preliminary review of these items on scene, Computer Forensics Agents (CFA) determined that the computer media contained, among other things, at least 58 images of child pornography and numerous images of dead children, as well as chat logs / file transfers (with images of CP) from both Yahoo and Skype. Recovered images depicting child pornography will be available to the Court for review with this affidavit. Law enforcement contacted the U.S. Attorney's Office and obtained permission to effect a probable cause arrest. Portway was transported to Worcester Police Department for booking and lodging until an initial appearance could be effected.

18. HSI Boston agents discovered multiple additional Skype Chats logs on Portway's laptop, these chats include file transfers between Portway, herein identified as <USERNAME 1>, with other individuals with an interest in, among other things, the sexual and physical abuse of children. An excerpt of these chats are as follows:

<USERNAME 2>[4] Sat, 18 Jun 2011 16:41:07 +0000 Got any pics?

[4] The actual username of the recipient has been redacted to avoid compromising the on-going investigation.

<USERNAME 1> Sat, 18 Jun 2011 16:41:29 +0000 still have tons

<USERNAME 2> Sat, 18 Jun 2011 16:41:41 +0000 I enjoy them.

<USERNAME 1> Sat, 18 Jun 2011 16:42:22 +0000 categories are naked, shirtless, cleaning/bath, and underwear/swimsuit/diaper. which do you want first?

<USERNAME 2> Sat, 18 Jun 2011 16:42:50 +0000 naked is nice.

<USERNAME 1> Sat, 18 Jun 2011 16:44:19 +0000 sorry, forgot about hardcore category

<USERNAME 2> Sat, 18 Jun 2011 16:44:58 +0000 oooooh!

<USERNAME 1> Sat, 18 Jun 2011 16:45:05 +0000 that one then?

<USERNAME 2> Sat, 18 Jun 2011 16:45:14 +0000 Yes

<USERNAME 1> Sat, 18 Jun 2011 16:46:00 +0000
C:\Users\Geoffrey\Pictures\HC_211_1_.jpg

<USERNAME 1> Sat, 18 Jun 2011 16:46:07 +0000
C:\Users\Geoffrey\Pictures\HC\2a58.jpg

<USERNAME 1> Sat, 18 Jun 2011 16:46:09 +0000
C:\Users\Geoffrey\Pictures\HC\8c8d.jpg

<USERNAME 1> Sat, 18 Jun 2011 16:46:09 +0000
C:\Users\Geoffrey\Pictures\HC\4bdca081feabb2eefb24bce1ea4cd136200611060_full.jpg

<USERNAME 1> Sat, 18 Jun 2011 16:46:09 +0000
C:\Users\Geoffrey\Pictures\HC_20010.jpg

19. Your Affiant retrieved the first image file, by name [_211_1_.jpg], that was transferred during the chat. The image depicts a prepubescent boy with no shirt on performing oral sex on another prepubescent boy who is laying on his back with no shirt on and his pants pulled down to his knees. The image will be available to the Court for review with this affidavit.

20. Your Affiant retrieved the second image file, by name [2a58.jpg], that was transferred during the chat. The image depicts two prepubescent boys laying down naked, one

of the boys has his hand on the other boys penis. The focus of the image is on the boys genitalia. The image will be available to the Court for review with this affidavit.

21. Your Affiant retrieved the third image file, by name [8c8d.jpg], that was transferred during the chat. The image depicts a prepubescent minor laying face down naked on a blue mattress, there is an adult male naked on top of the minors leg and the adult male is pressing his penis between the minors buttocks cheeks. The image will be available to the Court for review with this affidavit.

22. Your Affiant retrieved the fourth image file, by name [4bdca081feabb2eefb24bce1ea4cd136200611060_full.jpg], that was transferred during the chat. The image depicts a prepubescent boy who is naked and on top of an adult male. The adult male's erect penis is inside the prepubescent boy's anus. The image will be available to the Court for review with this affidavit.

## CONCLUSION

23. Based on the information described above, there is probable cause to believe that on or about June 18, 2011, GEOFFREY PORTWAY knowingly distributed a visual depiction involving the use of a minor engaging in sexually explicit conduct using a means or facility of interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(2). That information further reveals that there is probable cause to believe that on or about July 27, 2012, GEOFFREY PORTWAY knowingly possessed a visual depiction involving the use of a minor engaging in sexually explicit conduct using a means or facility of interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Sworn to under the pains and penalties of perjury,

PETER MANNING
Special Agent
Department of Homeland Security

SUBSCRIBED and SWORN to before me on July 29, 2012.

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

    I have reviewed the image file referenced in paragraphs 18 and 21 above, and I find probable cause to believe they depict minors engaging in sexually explicit conduct. The United States Attorney's Office shall preserve the image files and photographs provided to the Court, for the duration of the pendency of this matter, including any relevant appeal process.

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE